UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States
Plaintiff(s)

v.

Dkt. No. CR-06-72 ML

Antonio L. Giordano
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Antonio L. Giordano hereby moves that Donald K. Stern be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Antonio L. Giordano
(Plaintiff/Defendant)

By: Peter DiBiase
Bar ID No.: 1796
Address: 91 Friendship Street
Providence, RI 02903

DATED: June 12, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) D. Mass.; First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Donald K. Stern — MA - 479420

Print Name — State Bar ID #

Bingham McCutchen

Firm Name

150 Federal Street, Boston, MA 02110

Business Address

617-951-8250 — 617-951-8736

Tel. # — Fax #

donald.stern@bingham.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Peter DiBiase — 1796

Print Name — R.I. Bar ID #

91 Friendship Street

Firm and Business Address

Providence, RI 02903

Tel. # 831-5020 Fax # 421-0876

---

**ORDER**

This motion is hereby ______________________

______________________

District Judge

Date:

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2006, I caused to be served via hand delivery a true copy of the within on the following counsel:

Andrew J. Reich, Esq.
Assistant U.S. Attorney
United States Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Debra Humm