AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.

v.

ANTONIO GIORDANO

APPEARANCE

CASE NUMBER: CR 06 72-.01 72ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ANTONIO GIORDANO

I certify that I am admitted to practice in this court.

June 12-06
*Date*

[signature]
*Signature*

PETER DiBIASE 1796
*Print Name* *Bar Number*

91 FRIENDSHIP ST
*Address*

PROV. RI 02903
*City* *State* *Zip Code*

401 831 5020
*Phone Number* *Fax Number*

m was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.