O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
JUN 08 2006
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
✓ANTONIO L. GIORDANO and
JOHN J. MONTECALVO

WAIVER OF INDICTMENT

CASE NUMBER: CR 06-72-01ML

I, ANTONIO L. GIORDANO, the above named defendant, who is accused of equity skimming

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/12/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ANTONIO L. GIORDANO
Defendant

DONALD K. STERN, ESQ.
Counsel for Defendant

Before ______________________
Judicial Officer
USMJ