UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR. No. 06-072-01ML
:
ANTONIO L. GIORDANO :

**GOVERNMENT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully submits the following objections to the Presentence Investigation Report (PSI).

The government seeks to clarify the fact that paragraph 31 of the PSI, including the sentence "[t]he family is an extremely close unit and shares an openness of giving and caring not only within its members but also towards the community," expresses what was told to U.S. Probation Officer Dennis Jenkins by members of Giordano's family, but does not express the independent opinion or conclusion of Mr. Jenkins.

Since this case does not involve illegal drugs, the government believes that para. 68 of the PSI can be eliminated.

The government has no further objections to the PSI.

Respectfully submitted,
UNITED STATES OF AMERICA

KENNETH P. MADDEN
First Assistant United States Attorney

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2006 I caused the within Government's Objection to Presentence Investigation Report to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Leonard C. O'Brien, Esq.
MacFadyen, Gescheidt & O'Brien
101 Dyer St.
Providence, RI 02903

I further certify that a copy was mailed by regular mail to:

Donald K. Stern, Esq.
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110

Peter DiBiase, Esq.
91 Friendship St.
3rd Floor
Providence, RI 02903

/s/ Andrew J. Reich
Andrew J. Reich
Assistant United States Attorney