**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR. No. 06-072-ML |
| | : |
| ANTONIO L. GIORDANO | : |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT**
**A THREE LEVEL DECREASE IN OFFENSE LEVEL**
**FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Kenneth P. Madden, Acting United States Attorney, and Andrew J. Reich, Assistant United States Attorney, hereby moves this Court to grant the defendant a three level decrease in the offense level for acceptance of responsibility, provided the Court determines the defendant's offense level to be level 16 or greater, on the grounds that the defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty.

Respectfully submitted,

UNITED STATES OF AMERICA

KENNETH P. MADDEN
Acting United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant United States Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 -- (401) 709-5001 (fax)
email: andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2006 I caused the within Government's Motion to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system.

I further certify that a true copy was mailed by first-class mail, postage prepaid, to:

Donald K. Stern, Esq.
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110; and

Peter DiBiase, Esq.
91 Friendship St., 3rd Floor
Providence, RI 02903.

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant United States Attorney