IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 06-72-02ML |
| vs. | : | |
| | : | |
| ANTONIO L. GIORDANO and | : | |
| JOHN MONTECALVO | : | |

**DEFENDANTS' EMERGENCY JOINT MOTION TO EXTEND VOLUNTARY SURRENDER DATE**

Now come the defendants, through counsel, and request that, if they have not been designated to a Bureau of Prisons facility by October 11, 2006, they be allowed to appear in court on or about October 13, 2006 (or on such other date as the Court may set) for reassignment of their surrender date.

The attached memorandum is filed in support of this request.

Respectfully submitted,
JOHN MONTECALVO
By his attorneys,

/s/ C. Leonard O'Brien
C. Leonard O'Brien, Esq. (#1886)
len@ridefense.com
John A. MacFadyen, Esq. (#1209)
jam@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

Respectfully submitted,
ANTONIO L. GIORDANO
By his attorneys,

/s/ Donald K. Stern
Donald K. Stern, Esq.
donald.stern@bingham.com
Bingham, McCutchen LLP
150 Federal Street
Boston, MA 02110

/s/ Peter DiBiase
Peter DiBiase, Esq.
attorney_pad@yahoo.com
91 Friendship Street
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2006, I did send a copy of the Defendants' Emergency Joint Motion to Extend Voluntary Surrender Date and Supporting Memorandum **by electronic means (ECF)** to:

Andrew J. Reich, Esq.
andrew.reich@usdoj.gov
Office of the United States Attorney
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Ellen Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR No. 06-72-02ML |
| vs. | : | |
| | : | |
| ANTONIO L. GIORDANO and | : | |
| JOHN MONTECALVO | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR JOINT EMERGENCY MOTION TO EXTEND VOLUNTARY SURRENDER DATE**

On September 15, 2006, following imposition of sentence, the Court allowed the defendants to remain free on bond and voluntarily surrender to the designated Bureau of Prisons facility on October 13, 2006. As of this date, a facility has not been designated.

After making inquiries, defendants' counsel are concerned that their clients will not be designated by the surrender date. If that occurs, the defendants will be obliged to surrender at the United States Marshall's Office. From there, it is likely they will be taken to the Wyatt facility, where they will be held until designation. Following designation, they will be shipped, in custody, to the proper facility. Such transfers are generally long and difficult for inmates. Beyond that, the defendants will lose the Bureau of Prisons classification benefit relating to voluntary surrender.

Counsel suggest that, if their clients have not been designated by 2:00 p.m. on October 11, 2006,[1] they be allowed to appear before the Court on October 13, 2006 (or on such other date as the Court may set) for a reassignment of the surrender date. Conversely, if a designation is

---

[1] Defendants suggest October 11, 2006 so that they will have a reasonable time to make necessary travel arrangements consistent with self surrender.

received by 2:00 p.m. on October 11, 2006, the defendants will surrender as ordered and counsel will inform the Court that a reassignment of surrender date is not necessary.

The Government has no objection to a one-week continuance of the self surrender date if there has been no designation by October 11, 2006.

For these reasons, and consistent with the Court's prior order that self surrender is appropriate, defendants request that their joint motion be granted.

Respectfully submitted,
JOHN MONTECALVO
By his attorneys,

/s/ C. Leonard O'Brien
C. Leonard O'Brien, Esq. (#1886)
len@ridefense.com
John A. MacFadyen, Esq. (#1209)
jam@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
401-751-5090

Respectfully submitted,
ANTONIO L. GIORDANO
By his attorneys,

/s/ Donald K. Stern
Donald K. Stern, Esq.
donald.stern@bingham.com
Bingham, McCutchen LLP
150 Federal Street
Boston, MA 02110

/s/ Peter DiBiase
Peter DiBiase, Esq.
attorney_pad@yahoo.com
91 Friendship Street
Providence, RI 02903

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2006, I did send a copy of the Defendants' Emergency Joint Motion to Extend Voluntary Surrender Date and Supporting Memorandum **by electronic means (ECF)** to:

Andrew J. Reich, Esq.
andrew.reich@usdoj.gov
Office of the United States Attorney
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Ellen Taylor